FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 JUN 24 PM 1:59

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

(To be supplied by the court)

Thoko Nthenda

_____, Plaintiff

v.

RTB LLC / Brothers, Endeavor

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**EMPLOYMENT DISCRIMINATION COMPLAINT**

---

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Thoko Nthenda  P. O. Box 31714, Aurora. Co. 80041
(Name and complete mailing address)

720-517-1258 email : tknthenda @yahoo. co. uk
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: RTB LLC /Brothers Endeavor  10940 S. Parker Rd. PmB 521
(Name and complete mailing address)    Parker. Co. 80134

720-822.3209 email robtburroughs @ gmail. Com
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

[X]    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

____    Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

____    Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

____    Other: *(please specify)* _____

2

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim.  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>Employment Discrimination based on gender/sex</u>

The conduct complained of in this claim involves the following: (*check all that apply*)

_____ failure to hire          __X__ different terms and conditions of employment

_____ failure to promote          _____ failure to accommodate disability

__X__ termination of employment          __X__ retaliation

_____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

_____ race          _____ religion          _____ national origin          _____ age

_____ color          __X__ sex          _____ disability

Supporting facts:

Defendant obligated me to submit to sexual harassment as a condition of employment. Defendant dismissed me from my job when I made it clear to the defendant that I did not want to be sexually harrassed by the defendant and that I demanded that the defendants harrassing conduct be stopped.

3

CLAIM TWO: _____

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                    ____ different terms and conditions of employment

____ failure to promote             ____ failure to accommodate disability

____ termination of employment   ____ retaliation

____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

____ race          ____ religion       ____ national origin        ____ age

____ color         ____ sex            ____ disability

Supporting facts:

E.    **ADMINISTRATIVE PROCEDURES**

Did you file a charge of discrimination against defendant(s) with the Equal Employment
Opportunity Commission or any other federal or state agency? (*check one*)

      X Yes  (***You must attach a copy of the administrative charge to this complaint***)

      ___ No

Have you received a notice of right to sue? (*check one*)

      X Yes  (***You must attach a copy of the notice of right to sue to this complaint***)

      ___ No

F.    **REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do. If additional space is needed
to identify the relief you are requesting, use extra paper to request relief. Please indicate that
additional paper is attached and label the additional pages regarding relief as "F. REQUEST
FOR RELIEF."*

G.    **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746;
18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,
will likely have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

06/23/2022
_____
(Date)

(Revised December 2017)

5

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

That defendant be ordered to give me a backpay of ①$48,300 ② Compensate for emotional suffering = $20.000 ③ future pay for 5 months = ~~$25~~ $16,100 ④ Disturbance of my stable life (car payment, rent payment, that led me to homelessness) = $15,000
Totall = $99,400

Date: 06/23/2022

_____
(Plaintiff's Original Signature)

_____
(Street Address)

_____
(City, State, ZIP)

720-517-1253
_____
(Telephone Number)

# WHERE TO GET HELP

American Civil Liberties Union                              303/777-5482

Catholic Immigration Services                              303/742-0828
(immigration and deportation only)

Colorado Bar Association website                           www.cobar.org

Colorado Legal Services
(formerly Legal Aid Society)
     Denver                                               303/837-1313
     Fort Collins                                         970/493-2891
     Colorado Springs                                     719/471-0380
                         www.coloradolegalservices.org

Federal Pro Se Clinic                                       303-380-8786
                         www.cobar.org/fpsc

The Legal Center                                            303/722-0300
(physically challenged only)                               www.thelegalcenter.org

Law Line 9
(legal advice only Wednesdays 4:15-6:30 p.m.)              303/698-0999

Metropolitan Lawyer Referral Service                       303/831-8000
                         www.cobar.org/mlrs/

(Rev. 8/30/07)

# PLAINTIFF'S CHECKLIST

_√_          1 original Civil Cover Sheet

_√_          1 original Application to Proceed in District Court Without
Prepaying Fees or Costs (Long Form), if the plaintiff seeks to
proceed without payment of the filing fee.   Each plaintiff must
complete this form if there is more than one plaintiff.

_____        A check, cash, or credit card payment in the amount of $402.00,
if the plaintiff does not seek to proceed without payment of the
filing fee.

             Complaint
_√_          1 original
_√_          1 copy for the plaintiff's records

_√_          1 Notice of Lawsuit and Request for Waiver and Service of
Summons for each defendant (if the defendant is a
nongovernmental individual or corporation)

_√_          2 copies of Waiver of Service of Summons for each defendant

_0_          2 original Summons in a Civil Action for each defendant

(Rev  December 2020)